IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08CR353 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | |
| AKRAM A. MUNTASER, | ) | |
| | ) | JOURNAL ENTRY |
| Defendant. | ) | |

This matter came on to be heard upon the petition of Joseph P. Schmitz, Assistant U.S. Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the warden, Cleveland House of Corrections, Cleveland, Ohio, and/or the United States Marshal at Cleveland, Ohio, and/or the Ohio Department of Rehabilitation and Corrections. The Court, being fully advised in the said matter, finds that the said AKRAM A. MUNTASER is detained in the Cleveland House of Corrections, Cleveland, Ohio, under the custody of said warden.

The Court further finds that the said United States desires to proceed to arraign the defendant on an indictment charging a violation of Title 18, United States Code, Section 922 (g), at Cleveland, Ohio, on Monday, September 15, 2008, at 3:15 p.m., and to other court proceedings

relating to such indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio.

*Christopher A. Boyko*
UNITED STATES DISTRICT JUDGE

FILED

SEP 2 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND